UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUCIO CELLI,

                         Plaintiff,

            -against-                                    25-CV-4505 (LTS)

JUDGE LEHRBURGER, et al.,                                    ORDER

                         Defendants.

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff Lucio Celli, who is proceeding *pro se*, submitted a complaint in this action by email. In a letter dated June 6, 2025, Plaintiff asked the Court to permit him to pay the fees by June 20, 2025. Plaintiff's request is granted.

    Summonses shall not issue until the fees are paid. If Plaintiff fails to comply with this order within the time allowed, or fails to seek an extension of time to comply, the action will be dismissed without prejudice to refiling.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

  Dated:    June 13, 2025
            New York, New York

                                        /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                        Chief United States District Judge