**Lucio Celli**
89 Widmer Road
Wappingers Falls, NY 12590
Lucio.celli.12@gmail.com

**July 22, 2025**

**Hon. Cronan**
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** Doc Nos. from 40 through 47 are Motion or Letters to Judge Subramanian and not Judge Cronan with Pres Trump and AG Bondi are only being served in their official capacity, so no need to rule on my request

*Case Title: Lucio Celli v. New York City et al.*
*Case No.: 25-cv-4505*

---

I just need the record to reflect that the motions or letters are meant for Judge Subramanian to answer in the above-referenced case number, as Hon. Subramanian is the judge assigned to the case and not Judge Cronan.

I will have Pre. Trump and AG/DOI served via certified mail

---

**Sincerely,**
Lucio Celli