UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUCIO CELLI,

                Plaintiff,

-against-

JUDGE LEHRBURGER et al.,

                Defendants.

25-cv-4505 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    Plaintiff has filed several motions for reconsideration as well as "a motion to accept objection to sanction as timely due to clerical error." The Court has considered these motions and the underlying materials submitted, but none warrants reconsideration of the Court's dismissal of this case or the imposition of a bar order. The Clerk of Court is respectfully directed to terminate the pending motions.

    SO ORDERED.

Dated: September 9, 2025
       New York, New York

                                          ARUN SUBRAMANIAN
                                          United States District Judge