UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUCIO CELLI,

                Plaintiff,

-against-

JUDGE LEHRBURGER et al.,

                Defendants.

25-cv-4505 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

      Plaintiff Lucio Celli has filed several motions related to the Court's decisions to dismiss this case and impose a filing ban against him. Celli maintains in several of these motions that this case has nothing to do with his former employment as a teacher. These arguments fail. As the Court explained when dismissing Celli's case, the gravamen of his complaint is that Judge Lehrburger recommended dismissal of a suit filed by Celli because he was paid to do so by Randi Weingarten, the president of the American Federation of Teachers. Moreover, his complaint is rife with accusations related to his former employment as a teacher, including that the United Federation of Teachers failed to properly process his grievances, that the DOE has denied him access to health benefits, and that defendants, including the DOE, have refused to provide him with "a retroactive payment" to which he is allegedly entitled. Dkt. 1 at 5, 24.

      Celli has continued to make multiple frivolous filings on this docket. As the Court warned Celli when it imposed a filing ban, the continued submission of frivolous documents may result in further sanctions. Celli is hereby notified that the Court will not respond to any further submissions. The Clerk of Court is respectfully directed to terminate all pending motions.

      SO ORDERED.

Dated: September 15, 2025
       New York, New York

                                          ARUN SUBRAMANIAN
                                          United States District Judge