**Federal Rules of Appellate Procedure Form 1. Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Sep 17 2025

United States District Court for the District of SDNY

File Number 25-cv-4505

Lucio Celli )
      *Plaintiff,* )
  v. )    Notice of Appeal

Lehrburger et al )
      )
      *Defendant.* )

Notice is hereby given that Lucio Celli (name all parties taking the appeal), (plaintiffs) (defendants) in the above-named case*, hereby appeal to the United States Court of Appeals for the 2d Cir Circuit (from the final judgment) (from an order (describing it)) entered in this action on the 4th, 9th, day of Sept, 2025.

/s/
Lucio Celli

Attorney for NA
Address: _____

[**Note to inmate filers:** *If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.*]

*See Rule 3(c) for permissible ways of identifying appellants