# MANDATE

S.D.N.Y. – N.Y.C.
25-cv-4505
Subramanian, J.

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of December, two thousand twenty-five.

---

Lucio Celli,

                 *Petitioner*,

   v.

Judge Robert W. Lehrburger, et al.,

                 *Respondents*.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jan 08, 2026

25-2026 (L),
25-2300 (Con),
25-2517 (Con)

In 2017, this Court entered a leave-to-file sanction against Petitioner. *See Celli v. Cole*, 2d Cir. 17-234, doc. 90. Petitioner now moves for leave to file appeals in 25-2026 and 25-2300. The Court construes those motions as also seeking leave to file an appeal in 25-2517. Petitioner also moves for leave to file a late scheduling notification in 25-2026.

Upon due consideration, it is hereby ORDERED that the motions for leave to file these appeals are DENIED because the appeals do not depart from Petitioner's "prior pattern of vexatious filings." *See In re Martin-Trigona*, 9 F.3d 226, 229 (2d Cir. 1993). It is further ORDERED that the motion for leave to file a late scheduling notification is DENIED as moot.

                            FOR THE COURT:
                            Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 01/08/2026